# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GAYLENE FUKAGAWA, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:23-CV-00254-RCJ-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO PERFECT SERVICE**<br><br>[ECF No. 23] |

　　　Before the Court is Plaintiff James Edward Scott's motion to extend time to perfect service against Defendant "Marsha Doe Pill Call Nurse". (ECF No. 23.) Pursuant to Fed. R. Civ. P. 4(m) the current deadline to perfect service is June 2, 2024, which is 90 days from the date the complaint was filed. Plaintiff's motion states he is currently in the process of obtaining discovery, which will aid in identifying the Doe Defendant. (*Id.*) Thus, Plaintiff asks that the deadline to perfect service be extended 30 days to July 2, 2024. (*Id.*)

　　　Good cause appearing, **IT IS ORDERED** that Plaintiff's motion to extend time, (ECF No. 23), is **GRANTED**. Plaintiff must perfect service of Defendant "Marsha" by **July 2, 2024**, pursuant to Fed. R. Civ. P. 4(m).

**DATED**: May 9, 2024

_____
UNITED STATES MAGISTRATE JUDGE