UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>Plaintiff,<br><br>v.<br><br>GAYLENE FUKAGAWA, *et al.*,<br><br>Defendants. | Case No. 3:23-CV-00254-MMD-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On March 5, 2025, Defendants filed a motion for summary judgment. (ECF No. 43.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 48). To date, Plaintiff has not filed an opposition.

Accordingly, the Court will *sua sponte* grant Plaintiff **one** extension of time to **Monday, April 28, 2025**, to file an opposition to the motion for summary judgment. No further extensions of time will be granted, absent extraordinary circumstances. If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

**DATED**: March 31, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**